**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| **v.** | : | **Case No. 21-cr-429-CRC** |
| | : | |
| **NOLAN KIDD,** | : | **40 U.S.C. § 5104(e)(2)(G)** |
| | : | |
| **Defendant.** | : | |

**STATEMENT OF OFFENSE**

Pursuant to Federal Rule of Criminal Procedure 11, the United States of America, by and through its attorney, the United States Attorney for the District of Columbia, and defendant, Nolan Kidd, with the concurrence of his attorney, agree and stipulate to the below factual basis for his guilty plea—that is, if this case were to proceed to trial, the parties stipulate that the United States could prove the below facts beyond a reasonable doubt:

***The Attack at the U.S. Capitol on January 6, 2021***

1.      The U.S. Capitol, which is located at First Street, SE, in Washington, D.C., is secured 24 hours a day by U.S. Capitol Police.   Restrictions around the U.S. Capitol include permanent and temporary security barriers and posts manned by U.S. Capitol Police.   Only authorized people with appropriate identification are allowed access inside the U.S. Capitol.

2.      On January 6, 2021, the exterior plaza of the U.S. Capitol was closed to members of the public.

3.      On January 6, 2021, a joint session of the United States Congress convened at the United States Capitol, which is located at First Street, SE, in Washington, D.C.   During the joint session, elected members of the United States House of Representatives and the United States

Senate were meeting in separate chambers of the United States Capitol to certify the vote count

of the Electoral College of the 2020 Presidential Election, which had taken place on November

3, 2020.   The joint session began at approximately 1:00 p.m.   Shortly thereafter, by

approximately 1:30 p.m., the House and Senate adjourned to separate chambers to resolve a

particular objection.   Vice President Mike Pence was present and presiding, first in the joint

session, and then in the Senate chamber.

4.      As the proceedings continued in both the House and the Senate, and with Vice

President Pence present and presiding over the Senate, a large crowd gathered outside the U.S.

Capitol. As noted above, temporary and permanent barricades were in place around the exterior

of the U.S. Capitol building, and U.S. Capitol Police were present and attempting to keep the

crowd away from the Capitol building and the proceedings underway inside.

5.      At approximately 2:00 p.m., certain individuals in the crowd forced their way

through, up, and over the barricades, and officers of the U.S. Capitol Police, and the crowd

advanced to the exterior façade of the building.   The crowd was not lawfully authorized to enter

or remain in the building and, prior to entering the building, no members of the crowd submitted

to security screenings or weapons checks by U.S. Capitol Police Officers or other authorized

security officials.

6.      At such time, the certification proceedings were still underway and the exterior

doors and windows of the U.S. Capitol were locked or otherwise secured.   Members of the U.S.

Capitol Police attempted to maintain order and keep the crowd from entering the Capitol;

however, shortly after 2:00 p.m., individuals in the crowd forced entry into the U.S. Capitol,

including by breaking windows and by assaulting members of law enforcement, as others in the

crowd encouraged and assisted those acts.   The riot resulted in substantial damage to the U.S.

Capitol, requiring the expenditure of more than $1.4 million dollars for repairs.

7.        Shortly thereafter, at approximately 2:20 p.m., members of the United States

House of Representatives and United States Senate, including the President of the Senate, Vice

President Pence, were instructed to—and did—evacuate the chambers.   Accordingly, all

proceedings of the United States Congress, including the joint session, were effectively

suspended until shortly after 8:00 p.m. the same day.   In light of the dangerous circumstances

caused by the unlawful entry to the U.S. Capitol, including the danger posed by individuals who

had entered the U.S. Capitol without any security screening or weapons check, Congressional

proceedings could not resume until after every unauthorized occupant had left the U.S. Capitol,

and the building had been confirmed secured.   The proceedings resumed at approximately 8:00

p.m. after the building had been secured. Vice President Pence remained in the United States

Capitol from the time he was evacuated from the Senate Chamber until the session resumed.

### *Nolan Kidd's Participation in the January 6, 2021, Capitol Riot*

8.        On January 6, 2021, Savannah McDonald and Nolan Kidd entered the U.S.

Capitol at approximately 2:16 pm through the Senate Fire Door.

9.        McDonald and Kidd remained inside the Capitol for approximately 40 minutes

walking through various areas inside, including walking past the Senate Carriage Doors and

taking the elevator to the third floor.   McDonald and Kidd also stood/sat in the second-floor

hallway outside of the Senate chambers for approximately 30 minutes.

10.        McDonald and Kidd exited the Capitol at 2:55 pm.

11.        On January 15, 2021, Federal Bureau of Investigation ("FBI") agents interviewed

Kidd.   During the interview, Kidd admitted that he was tear gassed three times prior to his and

McDonald's entry into the U.S. Capitol.   Kidd further stated that the doors to the U.S. Capitol were open and that he and McDonald were one of the first 100 people to enter the Capitol.

12.      In a subsequent search warrant of Kidd's Facebook account, FBI learned that on January 7, 2021, Kidd sent via private message photographs of him and McDonald inside of the U.S. Capitol.   Kidd also stated in messages, "I'll put it like this, people had the police riot shields, vests, and I got my hands on one of the officer hats and I have someone from Texas mailing me a riot helmet."

13.      In another private message on January 7, when asked, "Why did you remove your pics," Kidd responded, "The FBI are trying to identify anyone that got inside and press charges.

14.      Kidd knew at the time he entered the U.S. Capitol Building that that he did not have permission to enter the building, and Kidd paraded, demonstrated, or picketed.

Respectfully submitted,

MATTHEW GRAVES
United States Attorney

By:      /s/ *Lucy Sun*      
Lucy Sun
Assistant United States Attorney
Detailee – Federal Major Crimes
United States Attorney's Office
for the District of Columbia
Telephone No. (617) 590-9468
Lucy.sun@usdoj.gov

Case 3:21-cr-00429-CRC  Document 44  Filed 02/07/22  Page 5 of 5

## DEFENDANT'S ACKNOWLEDGMENT

I, **Nolan Kidd**, have read this Statement of the Offense and have discussed it with my attorney. I fully understand this Statement of the Offense. I agree and acknowledge by my signature that this Statement of the Offense is true and accurate. I do this voluntarily and of my own free will. No threats have been made to me nor am I under the influence of anything that could impede my ability to understand this Statement of the Offense fully.

Date: 2/2/22

**Nolan Kidd**
Defendant

## ATTORNEY'S ACKNOWLEDGMENT

I have read this Statement of the Offense and have reviewed it with my client fully. I concur in my client's desire to adopt this Statement of the Offense as true and accurate.

Date: 2/2/2022

Dwight Crawley
Attorney for Defendant