IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA
(Criminal)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 21-cr-00429-CRC-2 |
| | ) | |
| | ) | |
| NOLAND KIDD | ) | |
| Defendant | ) | |

**UNOPPOSED MOTION TO HAVE DEFENDANT'S SENTENCING HEARING CONDUCTED VIRTUALLY VIA VIDEOCONFERENCE**

Comes now counsel for the defendant, NOLAND KIDD, and respectfully moves this Honorable Court to allow the defendant to appear virtually via videoconference for his sentencing hearing. As this court is aware, the defendant has been present for all previous court appearances without incident. The defendant resides in Georgia. He does not possess the financial resources to pay for a trip to the District of Columbia. Moreover, he has been compliant with the terms and conditions of his release since his arrest.

Counsel has spoken with the government about this matter and the government does not oppose this request. The appearance of the defendant via video does not limit the court's ability to impose a sentence it deems appropriate. Accordingly, the court's obligation to administer justice is not infringed upon by this request.

WHEREFORE, Counsel and the defendant respectfully request that this Honorable Court allow the defendant to appear virtually for sentencing.

Respectfully submitted,
By counsel

/s/
_____
Dwight E. Crawley

Counsel for the defendant
DC Bar#472672
Law Office of Dwight E. Crawley
1300 I. Street, NW
Suite 400E
Washington, DC 20005
(202)580-9794 Phone
(202)722-0246 Fax
vadclawyer@gmail.com

CERTIFICATE OF SERVICE

I hiseby certify that on the 21st day of April 2022, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send a notification to all attorneys of record.

/s/
_____
Dwight E. Crawley
Counsel for the defendant
DC BAR #472672
Law Office of Dwight E. Crawley
1300 I. Street, NW
Suite 400E
Washington, DC 20005
(202)580-9794 Phone
(202)722-0246 Fax
vadclawyer@gmail.com